UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KATO SMISKIN,

    Plaintiff,

vs.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT, et al.,

    Defendants.

No. CV-10-3028-LRS

**ORDER OF DISMISSAL**

In its "Order Directing Service" filed April 7, 2011 (ECF No. 4), the court directed that, pursuant to Fed. R. Civ. P. 4(m), Plaintiff serve his Complaint on Defendants no later than May 25, 2011, or the captioned action would be dismissed and the file closed. The record bearing no indication that service has been made, the captioned action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Executive is directed to enter this order, forward a copy to counsel for Plaintiff, and **CLOSE** the file.

**DATED** this ___8th___ of July, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL-**       **1**